## Other Orders/Judgments

1:22-cv-11413-AK Spitalny et al v. Fiorillo et al

# EXHIBIT A

## United States District Court

### District of Massachusetts

### Notice of Electronic Filing

The following transaction was entered on 9/21/2022 at 4:15 PM EDT and filed on 9/21/2022

**Case Name:** Spitalny et al v. Fiorillo et al
**Case Number:** 1:22-cv-11413-AK
**Filer:**
**Document Number:** 15(No document attached)

**Docket Text:**
District Judge Angel Kelley: ELECTRONIC ORDER entered. Defendant Nicholas Fiorillo shall, by September 28, 2022, respond to [12] Emergency Motion to Remand and for Sanctions. Defendant shall indicate why, in light of this Courts prior remand, this removal was appropriate, and why sanctions are not appropriate.(Lara, Miguel)

**1:22-cv-11413-AK Notice has been electronically mailed to:**

Kevin T. Peters    kevin.peters@gesmer.com, jazmin.scott@gesmer.com, jennifer.carver@gesmer.com

Michael Brier    michael.brier@gesmer.com, jazmin.scott@gesmer.com

**1:22-cv-11413-AK Notice will not be electronically mailed to:**

# EXHIBIT B

| 6 | Filed & Entered: | 09/21/2022 | Copy Mailed |
|---|---|---|---|
| 17 | Filed & Entered: Terminated: | 09/21/2022 09/22/2022 | Motion for Extension of Time to File Response/Reply |
| 18 | Filed & Entered: | 09/21/2022 | Memorandum in Support of Motion |
| 19 | Filed & Entered: | 09/22/2022 | Order on Motion for Extension of Time to Response/Reply |
| 20 | Filed & Entered: | 09/22/2022 | Copy Mailed |